# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No.: 4:08-CR-044-SPM

ALI HAMMOUD,

        Defendant.

_____/

## ORDER OF REFERRAL FOR PLEA PROCEEDINGS

      The Court has been informed that the Defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

      ORDERED AND ADJUDGED that the above-captioned criminal case be referred to the Honorable William C. Sherrill, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

      DONE AND ORDERED this <u>seventeenth</u> day of March, 2009.


                  _s/ Stephan P. Mickle_____
                  Stephan P. Mickle
                  United States District Judge