UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.: 4:08-CR-044-SPM

ALI HAMMOUD,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

PURSUANT TO the Report and Recommendation (doc. 37) of the United States Magistrate Judge William C. Sherrill, Jr., to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **ALI HAMMOUD**, to Counts One through Five of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 20th day of March, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge