UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff

vs.                                           Case No. 4:08-cr-44-SPM/WCS

**ALI HAMMOUD**

    Defendant

_____/

## ORDER

This matter is before the Court on the Government's Motion to Allow Clerk to Receive Funds for Restitution (doc. 50). Good cause having been found, it is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk of the Court of the Northern District of Florida shall receive the $2,517.00 seized from the defendant and that is in custody of the Federal Bureau of Investigation (FBI), Jacksonville, Florida.

2. The $2,517.00 will be used as partial restitution payment to victims, as identified in Doc. 48, Judgment in a Criminal Case.

**DONE AND ORDERED** this eleventh day of September, 2009.

                                              _s/ Stephan P. Mickle_
                                          Stephan P. Mickle
                                          Chief United States District Judge