IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NOS.  4:08-cr-44-MW/GRJ
                                                            4:13-cv-563-MW/GRJ

ALI HAMMOUD,

    Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.8, filed January 9, 2014, and has reviewed *de novo* Defendant's Objections to the report and recommendation, ECF No. 71, filed February 7, 2014. Upon consideration

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted** as this Court's opinion.

    The Clerk shall enter judgment stating, "The Government's motion to dismiss, ECF No. 66, is **GRANTED.** Defendant's motion to vacate, set aside, or

1

correct sentence, ECF No. 65, is **DENIED and DISMISSED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 11, 2014.**

**s/Mark E. Walker**
**United States District Judge**
